**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

SHAUN RICARDO RAMBARRAT,

                                Petitioner,                        9:26-cv-448 (ECC)

v.

 TODD LYONS, acting Director, United States
 Immigration and Customs Enforcement, and
 FREDERICK AKSHAR, Sheriff, Broome County Jail,

                                Respondents.

---

John L. Perticone, Esq., *for Petitioner*

**Hon. Elizabeth C. Coombe, United States District Judge:**

### ORDER TO SHOW CAUSE

Upon consideration of Petitioner Shaun Ricardo Rambarrat's Petition for Writ of Habeas Corpus, Dkt. No. 1, and good cause having been shown for the relief granted here,

**IT IS ORDERED** that Respondents appear before the United States District Court for the Northern District of New York, located at 100 S. Clinton Street, Syracuse, New York 13261, on Monday, April 6, 2026, at 10:30 AM and **SHOW CAUSE** why the Petition for Writ of Habeas Corpus should not be granted.

**IT IS FURTHER ORDERED** that Respondents file a response to the Petition no later than Monday, March 30, 2026.

**IT IS FURTHER ORDERED** that Petitioner shall have the opportunity to file a reply by Thursday, April 2, 2026.

**IT IS FURTHER ORDERED** that Respondents are enjoined from moving Petitioner

outside the jurisdiction of the Northern District of New York until this civil action is resolved.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this Order

to Show Cause and the petition upon the United States Attorney for the Northern District of

New York in accordance with the local rules.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Elizabeth C. Coombe
U.S. District Judge